UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUIZ, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0293 AC P<br><br><br>NOTICE OF RELATED CASES |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF Nos. 1, 2. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

A review of this case indicates that it is related to the earlier-filed case Johnson v. Ruiz, No. 2:20-0291 EFB ("Ruiz I"), as relation is defined in Local Rule 123. Specifically, this case involves: (1) the same parties and is based on the same claims as Ruiz I; (2) the same events as Ruiz I, and (3) similar questions of fact and the same question of law as Ruiz I. See L.R. 123(a)(1)-(3).

The assignment of the two cases to the same magistrate judge is likely to effect a substantial savings of judicial effort because if the two actions were heard by different magistrate judges, a substantial duplication of labor would occur. See L.R. 123(a)(3)-(4). Therefore, this

1

case should be reassigned in accord with Local Rule 123(c).

Accordingly, IT IS HEREBY DETERMINED that this case is related to <u>Johnson v. Ruiz</u>, No. 2:20-0291 EFB as defined in Local Rule 123(a)(1)-(4).

IT IS FURTHER ORDERED that this matter be reassigned accordingly, pursuant to Local Rule 123(c).

DATED: February 18, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE